**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1089

_____

STATE OF NORTH CAROLINA; NORTH CAROLINA DENTAL
BOARD,

                                       Plaintiffs - Appellees,

        versus

REGINALD REX FRAZIER, SR., on behalf of
himself and all citizens of African ancestry,
negro dentists, negro lawyers similarly
situated, licensed by North Carolina State
Statutes and Regulations,

                                    Defendant - Appellant,

        and

THEODORE GABRIEL MUCHITENI, DMD; ROY COOPER,
North Carolina Attorney General; KATHRYN
MICHELLE WYNDHAM,

                                       Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern. Malcolm J. Howard,
District Judge. (CA-03-184-4-3H)

_____

Submitted: June 24, 2004           Decided: June 29, 2004

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

Reginald Rex Frazier, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Rex Frazier, Sr., appeals the district court's order dismissing his complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Frazier's motion for relief and motion to quash and dismiss. We dismiss the appeal on the reasoning of the district court. See North Carolina v. Frazier, No. CA-03-184-4-3H (E.D.N.C. Dec. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED